IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

RAVEN ANDERSON,

    **Plaintiff,**

v.                                          Case No. 24-cv-563

WISCONSIN DEPT. OF CORR. , *et al.*,

    **Defendants.**

## ORDER

On December 6, 2024, plaintiff Raven Anderson moved to amend her complaint. (ECF No. 27.) She attached her proposed amended complaint. (ECF No. 27-1.) She also filed a brief indicating that the amended complaint was the result of a telephonic conference with the defendants wherein Anderson agreed to dismiss the Wisconsin Department of Corrections as a defendant; dismiss the *Monell* claim; dismiss the state-created danger claim; and dismiss the failure to train claim. (ECF No. 28 at 2.) The defendants, in response, filed an answer to the amended complaint. (ECF No. 29.)

Federal Rule of Civil Procedure 15(a)(2) states that a party may amend its pleading before trial "only with the opposing party's written consent or the court's leave." Construing the brief and the defendants' answer as written consent to the amended complaint, the court will grant Anderson's motion. The amended complaint (ECF No. 27-1) is now the operative complaint.

The court notes that there are John Doe defendants. The parties shall confer and file a joint motion with the court by **February 4, 2025,** proposing a deadline to identify

1

the Doe defendants. If there are any other deadlines that need to be adjusted, the parties shall include those proposed dates in their motion as well.

**IT IS THEREFORE ORDERED** that Anderson's motion to amend the complaint (ECF No. 27) is **GRANTED**. The amended complaint (ECF No. 27-1) is now the operative complaint.

**IT IS FURTHER ORDERED** that the parties shall confer and file by **February 4, 2025,** a joint motion proposing a deadline to identify the Doe defendants and adjusting any other case deadlines**.**

Dated in Milwaukee, Wisconsin this 21st day of January, 2025.

BY THE COURT

_William E. Duffin_

WILLIAM E. DUFFIN
United States Magistrate Judge