IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

RAVEN ANDERSON, as the
Personal Administrator for the
Estate of CAMERON WILLIAMS, Deceased,

      Plaintiff,

    v.                                     Case No. 24-CV-563

WISCONSIN DEPARTMENT OF
CORRECTIONS; KEVIN A. CARR,
SECRETARY, WISCONSIN DEPARTMENT
OF CORRECTIONS; JARED HOY, DEPUTY
SECRETARY, JOHN DOE #1,
CORRECTIONAL OFFICER; JOHN DOE
#2, CORRECTIONAL OFFICER and
RANDALL HEPP, WARDEN, WAUPUN
CORRECTIONAL in their individual and
official capacities.

      Defendants.

---

## JOINT MOTION TO AMEND SCHEDULING ORDER

---

Under Federal Rules of Civil Procedure 6(b) and 16(b)(4), the Parties jointly move this Court for an order amending the current amended scheduling order. (Dkt. 49). The grounds for this motion are as follows:

1. This Court may amend the scheduling order in its inherent discretion and also upon a showing of good cause. Fed. R. Civ. P. 6(b)(1) & 16(b)(4).

2. Plaintiff's counsel is currently working to identify John/Jane Doe Defendants but requires additional time to identify those individuals.

3. Additional time is needed to complete discovery and expert disclosures.

4. A trial is not yet scheduled for this case, so there is no prejudice or risk of losing the trial date if this Court grants this motion.

5. This motion is made in good faith and not for the purpose of undue delay.

**Proposed Amended Scheduling Order:**

1. Plaintiff's identification of John and Jane Doe defendants previously due on February 4, 2026, shall be due on April 3, 2026.

2. Plaintiff's Rule 26 expert disclosures previously due on April 17, 2026, shall be due on June 17, 2026.

3. Defendants' Rule 26 expert disclosures previously due on June 17, 2026, shall be due on August 17, 2026.

4. Date of discovery to close previously set for July 17, 2026, shall be set for September 17, 2026.

5. Motions for Summary Judgment together with the moving party's principal materials in support of the motion previously due on August 3, 2026, shall be due on October 2, 2026.

6. The Parties agree that the remaining provisions in paragraphs 6 and 7 of the current scheduling order (Dkt. 47) will remain in place.

Dated: February 3, 2026

**Respectfully submitted,**

    */s/ Stephen P. New*
    Stephen P. New (WVSB No. 7756)
STEPHEN NEW & ASSOCIATES
430 Harper Park Drive
Beckley, West Virginia 25801
Ph: (304) 250-6017
Fax: (304) 250-6012
steve@newlawoffice.com

 Lonnie D. Story, Esq. (Wis. Bar #1121459)
 STORY LAW FIRM, LLC
 732 N. Halifax Ave., #301
 Daytona Beach, FL 32118
 Ph: (386-492-5540
 lstorylaw@gmail.com

 Jon E. Stanek
STANEK LAW OFFICE
State Bar No. 1056151
901 Fourth Street, Suite 282
Hudson, WI 54016
Tel: (715) 379-0744
jon@staneklawoffice.com

          *Attorneys for Plaintiff*

   And

   JOSHUA L. KAUL
   Attorney General of Wisconsin

 */s/Brandon T. Flugaur [w/permission]*
 BRANDON T. FLUGAUR
 Assistant Attorney General
 State Bar # 1074305
 flugaurbt@doj.state.wi.us


   SAMIR S. JABER
   Assistant Attorney General
   State Bar # 1076522

Wisconsin Department of Justice
P.O. Box 7857
Madison, Wisconsin 53707
Ph: (608) 266-1780

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

RAVEN ANDERSON, as the
Personal Administrator for the
Estate of CAMERON WILLIAMS, Deceased,

    Plaintiff,

v.                                                 Case No. 24-CV-563

WISCONSIN DEPARTMENT OF
CORRECTIONS; KEVIN A. CARR,
SECRETARY, WISCONSIN DEPARTMENT
OF CORRECTIONS; JARED HOY, DEPUTY
SECRETARY, JOHN DOE #1,
CORRECTIONAL OFFICER; JOHN DOE
#2, CORRECTIONAL OFFICER and
RANDALL HEPP, WARDEN, WAUPUN
CORRECTIONAL in their individual and
official capacities.

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff hereby certifies that a true and correct copy of the foregoing *Joint Motion to Amend Scheduling Order* was filed with the clerk on February 3, 2026, via the Court's CM-ECF Filing System which will provide electronic notification to all counsel of record.

                                                              */s/ Stephen P. New*
                                                              Stephen P. New (WV Bar No. 7756)